UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CRIMINAL ACTION NO. 3:06CR-94-H

UNITED STATES OF AMERICA                                    PLAINTIFF

V.

MICHAEL STOUT                                              DEFENDANT

## MEMORANDUM AND ORDER

Defendant, Michael Stout, has moved for pretrial release or bond pending completion of the appeal in this case.  After his arraignment on charges of  possession and receipt of child pornography, the Magistrate Judge had determined that Defendant should remain in custody.  Subsequently, this Court sustained Defendant's motion to exclude certain evidence at trial and the United States has appealed that order.  Because the evidentiary ruling significantly weakens the prosecution's case and because the appeal may consume eighteen months or so, the Court agreed to provide Defendant with an opportunity of a hearing on his renewed motion for release.

The provisions of 18 U.S.C. § 3142(e) and (g) govern the decision for release.  The Court has thoroughly considered these factors after hearing additional evidence and argument.  The charges are serious and subject Defendant to a ten (10) year mandatory minimum sentence; though absent a successful appeal, the case against Defendant is weak.  On the other hand, hearing testimony introduced by the United States leads the Court to conclude that Defendant could pose a danger to society and to underage persons in particular.  Defendant's past criminal history becomes relevant because it enhances the concerns raised by uncharged conduct of the

same type.

The evidence raises some concerns both about Defendant's truthfulness as well as more serious concerns about his ability to control his own actions.  This is particularly troubling because many of the events occurred while Defendant was on probation arising from state charges on similar crimes.  Considering the concerns raised by the testimony of various witnesses, the Court cannot assure itself that even the imposition of protections can assure the safety of others.  For all these reasons, the Court cannot conclude that Defendant has overcome the presumption in favor of detention.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Defendant's motion for release from detention or bond is DENIED.

cc:     Counsel of Record